*E-filed on*:   3/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAN AHUJA, | No. C-05-01023 RMW |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES and STATE OF CALIFORNIA, | |
| Defendants. | |

On April 29, 2005 the court denied *pro se* plaintiff Dr. Mojan Ahuja's motion to reconsider this court's previous denial of his application for a temporary restraining order. In that order, the court also reiterated its prior ruling denying Dr. Ahuja's application to proceed *in forma pauperis* and directed plaintiff to pay the appropriate filing fee by May 27, 2005. Dr. Ahuja has not paid the filing fee as instructed and has taken no further action in this case. Accordingly, the court dismisses the above-captioned case without prejudice for failure to pay the filing fee by the May 27, 2005 deadline.

DATED:   3/5/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | **A copy of this order was mailed on** _____3/10/08_____ to: |
| 2 | Counsel for Plaintiff: |
| 3 | Mohan Ahuja |
|   | P.O. Box S PMB 3141 |
| 4 | Carmel, CA 93921-0589 |
|   | PRO SE |
| 5 | |
|   | **Counsel for Defendants:** |
| 6 | |
|   | No Appearance |
| 7 | |
| 8 | |
|   | Counsel are responsible for distributing copies of this order to co-counsel, as necessary. |
| 9 | |

**Dated:** _____3/7/08_____     _____/s/ MAG_____
                                    **Chambers of Judge Whyte**

2